**Order entered March 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00033-CV

**CITY OF DALLAS, VINCENT GOLBECK, STEPHEN WORDEN, RAQUEL HERNANDEZ AND CARLA D. NEWSON, Appellants**

**V.**

**ROBERT GRODEN, Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-01521**

## ORDER

We grant appellants' March 20, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than April 24, 2015. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
           JUSTICE